**Order entered June 29, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00548-CV

### IN THE INTEREST OF J.P.M., V.M., AND A.M., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-22610**

## ORDER

Before the Court is the court reporter's June 27, 2018 request for an extension of time to

file the reporter's record. We **GRANT** the request and extend the time to **July 30, 2018**.

/s/    ADA BROWN
        JUSTICE